UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORNELIA BARDALES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-340-WBV-DMD** |
| **FONTANA & FONTANA, LLC, ET AL.** | **SECTION: D (2)** |

<u>**AMENDED FINAL JUDGMENT**</u>

Considering the evidence presented and the record made at the Fairness Hearing conducted in this matter on August 24, 2021, as well as the Court's September 7, 2021 Order and Reasons granting the Joint Motion to Amend Judgment to Expand the Class,[1] and for the reasons stated in the Court's August 24, 2021 Order and Reasons[2] accompanying the original Final Judgement;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the proposed Class Action Settlement is **APPROVED** as fair, reasonable, and adequate, pursuant to Fed. R. Civ. P. 23(e)(2).

**IT IS FURTHER ORDERED** that each and every term, provision, condition, and agreement of the Class Settlement Agreement, including all exhibits and amendments thereto, apply and are adopted, incorporated, and made part of this Amended Final Judgment, as if copied herein *in extenso* and shall be effective, implemented, and enforced as provided in the Class Settlement Agreement.

**IT IS FURTHER ORDERED** that Defendants pay an aggregate fee of $10,000.00 to the class, to be paid in equal amounts to each class member who

---

[1] R. Docs. 82 & 83.
[2] R. Doc. 80.

submitted a claim, for a payment of approximately $128.20 to each of the 84 class members who have submitted a claim.

**IT IS FURTHER ORDERED** that Defendants pay class counsel an additional $2,000.00 in attorney's fees and costs for preparing the Consent Motion for Final Approval of Class Settlement and Class Certification[3] and for work performed in connection therewith.

**IT IS FURTHER ORDERED** that Defendants pay class representatives, Cornelia Bardales and Donald Russell, an additional $4,000.00 each.

**IT IS FURTHER ORDERED** that the claims in this Class Action, and all other actions now existing or hereafter brought asserting any claims released by the Class Settlement Agreement, are **DISMISSED WITH PREJUDICE** as of the date of this Amended Final Judgment, with each party to bear its own costs, excluding only the claims of those individuals who properly and timely opted out of the settlement class.

**IT IS FURTHER ORDERED** that all class members are hereby finally and permanently barred and enjoined from pursuing and/or asserting any and all claims released under the Class Settlement Agreement.

**IT IS FURTHER ORDERED** that this Amended Final Judgment extinguishes any liability of Defendants and the released parties, as defined by the Class Settlement Agreement, with respect to any cause of action released under the terms of the Class Settlement Agreement, whether those claims are asserted against

---

[3] R. Doc. 57.

Defendants or any other party.

**IT IS FURTHER ORDERED** that any and all persons, excluding only those individuals who properly and timely opted out of the settlement class, are hereby finally and permanently barred and enjoined from pursuing and/or bringing against Defendants and the released parties, as defined by the Class Settlement Agreement, any cause of action arising out of or relating to the same nucleus of operative facts as alleged in the Amended Complaint.[4]

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay in the entry of this Amended Final Judgment.

New Orleans, Louisiana, September 7, 2021.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[4] *See,* R. Doc. 44-2 at p. 6; R. Doc. 14.